UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JODIE RENEE SMITH,<br><br>    Plaintiff<br><br>v.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>    Defendant | Case No.: 2:24-cv-00832-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Jodie Smith's certificate of interested parties (ECF No. 6) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Smith's citizenship as required by the amendment to that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by May 28, 2024.

DATED this 13th day of May, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE