1  RYAN L. DENNETT, ESQ.
2  Nevada Bar No.
   rdennett@dennettwinspear.com
3  JENNIFER INSLEY MICHERI, ESQ.
   Nevada Bar No. 10089
4  Jinsley-micheri@dennettwinspear.com
   **DENNETT WINSPEAR, LLP**
5  3301 N. Buffalo Drive, Suite 195
   Las Vegas, Nevada 89129
6  Telephone:   (702) 839-1100
   Facsimile:   (702) 839-1113
7  ***Attorneys for Defendant, Progressive Northern Insurance Company***

8

9                  UNITED STATES DISTRICT COURT

10                       DISTRICT OF NEVADA

11 | JODI RENEE SMITH, individually, | |
12 |                                  Plaintiff, | CASE NO: 2:24-cv-00832-APG-BNW |
13 | vs.                              | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
14 | PROGRESSIVE NORTHERN INSURANCE COMPANY, a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive, | |
17 |                                  Defendants. | |

       IT IS HEREBY STIPULATED by and between PAUL A. SHPIRT, ESQ., of the law firm of
DIMOPOULOS INJURY LAW, attorneys for Plaintiff, JODI RENEE SMITH, and JENNIFER
INSLEY MICHERI, ESQ., of the law firm of DENNETT WINSPEAR, LLP, that the within matter

21  . . .
22  . . .
23  . . .
24  . . .
25  . . .
26  . . .
27  . . .
28  . . .

be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED: 6-13-2024                              DATED: 7-10-2024

**DIMPOULOS LAW FIRM**                        **DENNETT WINSPEAR, LLP**

By  /s/ Paul A. Shpirt                        By  /s/ Jennifer Insley Micheri
PAUL A. SHPIRT, ESQ.                          JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10441                          Nevada Bar No. 10089
6671 S. Las Vegas Blvd., #275                 3301 N. Buffalo Drive, #195
Las Vegas, Nevada 89119                       Las Vegas, Nevada 89129
*Attorneys for Plaintiff, Jodi Renee Smith*   *Attorneys for Defendant, Progressive Northern Insurance Company*

**ORDER**

Good cause appearing therefore,

IT IS SO ORDERED.

DATED: July 11, 2024

_____
DISTRICT COURT JUDGE

Submitted by:

**DENNETT WINSPEAR, LLP**


By  /S/ Jennifer Insley Micheri
JENNIFER INSLEY MICHERI
Nevada Bar No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:   (702) 839-1113
*Attorneys for Defendant, Progressive Northern Insurance Company*

2